STATE of Missouri, Respondent,

v.

Tyrone McQUEEN, Defendant–Appellant.

No. ED 80054.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 8, 2002.

Tyrone McQueen, Jefferson City, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Attys. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Appellant, Tyrone McQueen (Defendant), appeals from the denial of his "Motion to Correct Manifest Injustice" under Rule 29.07(d). We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).